# LUCAS ET AL. *v.* ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL.

No. 559.   Decided June 22, 1964.

*Releford McGriff* for appellants.

*Richard W. Ervin,* Attorney General of Florida, *Edward S. Jaffry* and *Joseph C. Jacobs,* Assistant Attorneys General, and *Wilton R. Miller,* Special Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.